## CENTRAL OF GEORGIA RAILWAY COMPANY *v.* MILLS.

EVANS, P. J. A certificate to a bill of exceptions, wherein the judge certifies that it is true, "except as hereinafter qualified," and then adds the qualification after the close of the general certificate, does not amount to a certification that the bill of exceptions as written is true; and the writ of error must be dismissed. *Jarriel* v. *Jarriel,* 115 *Ga.* 23 (41 S. E. 262).

*Writ of error dismissed. All the Justices concur, except Fish, C. J., absent.*
JANUARY 16, 1915.

Action for damages; from Effingham superior court.

*H. W. Johnson,* for plaintiff in error. *J. H. Smith,* contra.